# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr.
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

*2002 MAR 12 A 10: 49*

March 8, 2002

**Via Hand Delivery**
The Honorable Benson Everett Legg
U.S. District Judge
United States District Court for the
District of Maryland
U.S. Court House, 101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   *Christopher J. Galuardi, M.D. v. Paul Revere Life Insurance Co., et al.*
            *Civil Action No. L-01-3874*

Dear Judge Legg:

    Ms. Kohler, on behalf of the Plaintiff, and I have talked about the ERISA issues involved in this case. With her consent, I am writing to request an additional two-week extension of time within which we may continue to confer and report our recommendations to you on this subject.

    We are discussing the possible resolution of an issue connected with an independent medical examination in this case which may effect our recommendations concerning the schedule and other issues, and we would very much appreciate your granting us the additional two weeks within which to complete these consultations.

    Thank you very much.

Very truly yours,

J. Snowden Stanley, Jr.

JSS,Jr./cmw
cc: Alison Kohler, Esquire (via fax 410-823-8208)
(B0248666.WPD;1)

APPROVED THIS 11TH DAY OF March, 2001
Benson Legg
BENSON EVERETT LEGG, U.S.D.J.

*Please report back no later than 4/15/02*