# SEMMES, BOWEN & SEMMES
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr.
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

April 18, 2002

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
U.S. District Judge
United States District Court for the
District of Maryland
U.S. Court House, 101 W. Lombard Street
Baltimore, Maryland 21201

Re: *Christopher J. Galuardi, M.D. v. Paul Revere Life Insurance Co., et al.*
*Civil Action No. L-01-3874*

Dear Judge Legg:

I am writing to ask you to grant both parties an additional extension until April 30, 2002, within which to attempt to solve the independent medical examination issue in this case. Frankly, and with some embarrassment, I must tell you that I am the cause of our inability to reach a conclusion by April 15, 2002, partly because my son has been in the hospital for the last month. However, I believe that we are now on track to get this matter resolved no later than April 30, 2002, and Ms. Kohler has authorized me to convey the request for an additional two weeks in order to continue our cooperative efforts in this regard.

Thank you very kindly.

Very truly yours,

J. Snowden Stanley, Jr.

JSS,Jr./kln

cc: Alison D. Kohler, Esquire [via facsimile (410) 823-8208]

APPROVED THIS ____ DAY OF April, 2002

BENSON EVERETT LEGG, U.S.D.J.

(B0257281.WPD;1): 15114-96: 04/18/02: ver. 1.0

# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr.
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

March 8, 2002

**Via Hand Delivery**
The Honorable Benson Everett Legg
U.S. District Judge
United States District Court for the
District of Maryland
U.S. Court House, 101 W. Lombard Street
Baltimore, Maryland 21201

Re: *Christopher J. Galuardi, M.D. v. Paul Revere Life Insurance Co., et al.*
Civil Action No. L-01-3874

Dear Judge Legg:

Ms. Kohler, on behalf of the Plaintiff, and I have talked about the ERISA issues involved in this case. With her consent, I am writing to request an additional two-week extension of time within which we may continue to confer and report our recommendations to you on this subject.

We are discussing the possible resolution of an issue connected with an independent medical examination in this case which may effect our recommendations concerning the schedule and other issues, and we would very much appreciate your granting us the additional two weeks within which to complete these consultations.

Thank you very much.

Very truly yours,

J. Snowden Stanley, Jr.

JSS,Jr./cmw
cc: Alison Kohler, Esquire (via fax 410-823-8208)
(B0248666.WPD;1)

APPROVED THIS 11TH DAY OF March, 2001

BENSON EVERETT LEGG, U.S.D.J.

Please report back no later than 4/12/02