IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 25 A 11: 59

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| CHRISTOPHER J. GALUARDI, M.D. | * |
| Plaintiff | * |
| v. | *   Civil Action No. L-01-3874 |
| PAUL REVERE LIFE INSURANCE COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon the joint request of the parties, it is this __24TH__ day of ~~May~~ June, 2002;

**ORDERED**, that all proceedings in this matter shall be stayed in order to permit this matter to be reopened by the claims administrator for an independent medical examination of the Plaintiff for such further steps as may be made necessary by the results of such an examination. The parties will report to the Court on or before September 20, 2002 as to the status of this effort and whether a revised Scheduling Order should be issued.

_____
Judge, United States District Court
For the District of Maryland

CONSENTED TO:

_Alison D. Kohler_
Alison D. Kohler
Attorney for Plaintiff

CONSENTED TO:

_J. Snowden Stanley, Jr._
J. Snowden Stanley, Jr.
Attorney for Defendant
(B0261574.WPD;1)

FURTHER ORDERED THAT THE CLERK SHALL ADMINISTRATIVELY CLOSE THE CASE. THE CASE MAY BE REOPENED BY ANY PARTY UPON MOTION.

_Benson Legg_
USDJ
6/24/02