# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

J. Snowden Stanley, Jr.
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM



OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

September 5, 2002

**Via Hand Delivery**

The Honorable Benson Everett Legg
U.S. District Judge
United States District Court for the
District of Maryland
U.S. Court House, 101 W. Lombard Street
Baltimore, Maryland  21201

      Re:    *Christopher J. Galuardi, M.D. v. Paul Revere Life Insurance Co., et al.*
             *Civil Action No.  L-01-3874*

Dear Judge Legg:

      Pursuant to your Order dated June 24, 2002, this is to advise that the parties have agreed that an independent medical examination should be conducted by Dr. Leslie Matthews in this matter. The first available date on Dr. Matthews' schedule was October 9, 2002.  A written report is expected from Dr. Matthews within five days of that examination, and Paul Revere will be able to make its final decision within 45 days thereafter.

      Consequently, the parties request a stay of this proceeding until November 22, 2002 in order to permit the independent medical examination procedure to be completed.

      Thank you very kindly.

                                Very truly yours,

Alison D. Kohler
Attorney for Plaintiff

J. Snowden Stanley, Jr.
Attorney for Defendants

JSS,Jr./cmw
(B0286493.WPD;1)

APPROVED THIS  10TH  DAY OF  September, 2002

BENSON EVERETT LEGG, U.S.D.J.