# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**J. Snowden Stanley, Jr., Principal**
Direct Dial: **410-576-4811**
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

November 22, 2002

**Via HAND DELIVERY**

The Hon. J. Frederick Motz
United States District Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re: *Christopher J. Galuardi v. UNUMProvident*
> *Civil Action No. L 01 3874*

Dear Judge Motz:

This is the status report on the above-referenced matter which has been stayed in order to permit an independent medical examination to be conducted.

Paul Revere received the report of the independent medical examination yesterday. It is expected that the reviews of this report be completed by December 5, 2002 and that we will be able to provide you with a report on the result of the examination and propose further course of this case by December 6, 2002.

We respectfully request a further extension for that purpose until December 6, 2002. Ms. Kohler has authorized me to say that she concurs with this request.

Very truly yours,

J. Snowden Stanley, Jr.,

JSS, Jr./cmw
cc: Alison D. Kohler, Esq. (via fax 410-893-1557)
(B0304311.WPD;1)