UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Chambers of<br>**BENSON EVERETT LEGG**<br>Chief Judge | 2003 JAN -9  P 3: 32<br><br>CLERK'S OFFICE<br>AT BALTIMORE<br>_____DEPUTY | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>(410) 962-0723 |

January 7, 2003

MEMORANDUM TO COUNSEL RE:   Christopher J. Galuardi v.
UNUM Provident
Civil #L-01-3874

Dear Counsel:

    In Mr. Stanley's status report of December 6th, he indicates that counsel would be communicating shortly with chambers regarding proposals for further handling this case. To date, I have heard nothing from counsel. Accordingly, on or before January 17, 2003, counsel are to submit a joint written status report.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

