IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER J. GALUARDI, M.D.

    Plaintiff

v.                         Civil Action No. L-01-3874

PAUL REVERE LIFE INSURANCE
COMPANY, et al.

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff and the Defendant hereby stipulate and agree that the above-referenced matter shall be dismissed without prejudice.

_____         _____
Alison D. Kohler                        J. Snowden Stanley, Jr.
Spence, Kohler & Christie, P.A.      Semmes, Bowen & Semmes
401 Washington Avenue, Suite 701    250 West Pratt Street
Towson, Maryland 21204            Baltimore, Maryland 21201
(410) 823-8200                          (410) 539-5040

Attorney for the Plaintiff               Attorney for the Defendant

**ORDER**

The foregoing Stipulation is hereby approved.

Date 1/14/03

_____
Judge, United States District Court
For the District of Maryland

(B0310327.WPD;1)

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 15 P 3: 26
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

January 13, 2003

<u>Via **HAND DELIVERY**</u>

The Hon. Benson E. Legg
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   *Christopher J. Galuardi v. UNUMProvident*
            *Civil Action No. L 01 3874*

Dear Judge Legg:

    Enclosed herewith is a courtesy copy of a Stipulation of Dismissal Without Prejudice in the above-referenced matter. The original has been filed with the Clerk of the Court.

    We are providing you with this explanatory letter since we are seeking dismissal of this case without prejudice.

    As a result of the stay which you allowed in this case, the Defendant has, under a reservation of rights, paid the Plaintiff back benefits and put the Plaintiff back on claim pending further investigation of his claim. For this reason, we are seeking dismissal of this case without prejudice.

    Please let us know if you have any questions.

                          Very truly yours,

Alison D. Kohler                   J. Snowden Stanley, Jr.,

JSS, Jr./cmw
cc: Alison D. Kohler, Esq. (via fax 410-823-8208)
(B0310328.WPD;1)